```
McGREGOR W. SCOTT
United States Attorney
Samantha S. Spangler
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2792
```



FILED

APR - 5 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

2 06 - CR - 0 1 3 5 MCE

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) ORDER TO SEAL |
| v. | ) (UNDER SEAL) |
| ROSIE LEE BROOKS, | ) |
| Defendant. | ) |

The Court hereby orders that the Indictment, the Motion of Assistant U.S. Attorney Samantha S. Spangler to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant in this case or until further order of the Court.

DATED: April 5, 2006

_____
DALE A. DROZD
United States Magistrate Judge

1