```
                                                              FILED
                                                           April 11, 2006
              UNITED STATES DISTRICT COURT FOR THE      CLERK, US DISTRICT COURT
                                                         EASTERN DISTRICT OF
                  EASTERN DISTRICT OF CALIFORNIA              CALIFORNIA
                                                              DEPUTY CLERK
```

UNITED STATES OF AMERICA,           )
                                    )   Case No. CR S-06-0135 MCE
            Plaintiff,              )
v.                                  )   ORDER FOR RELEASE OF
                                    )   PERSON IN CUSTODY
ROSIE LEE BROOKS,                   )
                                    )
            Defendant.              )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release ROSIE LEE BROOKS, Case No. CR S-06-0135 MCE, Charge 18 USC §§ 287 and 2, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    X    Release on Personal Recognizance

    __    Bail Posted in the Sum of $_____

          __    Unsecured Appearance Bond $_____

          __    Appearance Bond with 10% Deposit

          __    Appearance Bond with Surety

          __    Corporate Surety Bail Bond

    X    (Other)  _Pretrial Services Supervision on conditions_

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on April 11, 2006 at 3:15 p.m.

By _Dale A. Drozd_
Dale A. Drozd
United States Magistrate Judge

Original - U.S. Marshal