DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
NED SMOCK, Bar # 236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ROSIE LEE BROOKS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-06-135 MCE |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | |
| ROSIE LEE BROOKS, ) | |
| ) | Date: May 16, 2006 |
| ) | Time: 8:30 A.M. |
| ) | Judge: Hon. Morrison C. England |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SAMANTHA SPANGLER, Assistant United States Attorney, attorney for Plaintiff, and NED SMOCK, Assistant Federal Defender, attorney for defendant, that the current Status Conference date of May 1, 2006 be vacated and a new date of May 16, 2006 be set for status.

Defense counsel received discovery from the government earlier this week. Counsel needs time to review the discovery and perform necessary investigation.

///

///

It is further stipulated and agreed between the parties that the period between May 1, 2006 and May 16, 2006, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

Dated: April 28, 2006

          Respectfully submitted,

DANIEL J. BRODERICK
Acting Federal Defender

    /s/ Ned Smock
NED SMOCK
Assistant Federal Defender
Attorney for Defendant
ROSIE LEE BROOKS

MCGREGOR W. SCOTT
United States Attorney

Dated:  April 28, 2006

  /s/ Samantha Spangler
SAMANTHA SPANGLER
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

DATED: May 3, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Stipulation & Order               2