```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
NED SMOCK, Bar # 236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ROSIE LEE BROOKS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:06-cr-135-MCE |
| Plaintiff, | |
| | STIPULATION AND ORDER |
| v. | |
| ROSIE LEE BROOKS, | |
| | Date: August 8, 2006 |
| | Time: 8:30 A.M. |
| | Judge: Hon. Morrison C. England |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, SAMANTHA SPANGLER, Assistant United States Attorney, attorney for Plaintiff, and NED SMOCK, Assistant Federal Defender, attorney for defendant, that the current Status Conference date of July 18, 2006 be vacated and a new date of August 8, 2006 be set for status.

Defense counsel is performing ongoing investigation. In addition, the government sent a proposed plea agreement this week. Counsel needs time to perform the ongoing investigation and discuss the plea agreement with the defendant.

///

It is further stipulated and agreed between the parties that the period between July 18, 2006 and August 8, 2006, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

Dated: July 14, 2006

                                      Respectfully submitted,

                                      DANIEL J. BRODERICK
                                      Federal Defender

                                          /s/ Ned Smock
                                      NED SMOCK
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      ROSIE LEE BROOKS

                                      MCGREGOR W. SCOTT
                                      United States Attorney

Dated:  July 14, 2006
                                      /s/ Ned Smock for Samantha Spangler
                                      SAMANTHA SPANGLER
                                      Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

DATED:  July 17, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28